Melissa HOGUE, Claimant/Appellant,

v.

Crabtree HARMON,
Employer/Respondent.

No. ED 84833.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 28, 2004.

Susan K. Roach, Roach Law Firm, Clayton, MO, for appellant.

1. All statutory references are to RSMo 2000 unless otherwise indicated.

E. Thomas Liese, Holtkamp, Liese, Childress & Schultz, P.C., Hans K. Amann, St. Louis, MO, for respondent.

Before PATRICIA L. COHEN, P.J., KATHIANNE KNAUP CRANE, J. and ROBERT G. DOWD, JR., J.

*ORDER*

PER CURIAM.

Claimant appeals from the final award of the Labor and Industrial Relations Commission, affirming the award of the Administrative Law Judge. We affirm. The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished, for their information only, with a memorandum setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).